# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0870. McGOWAN et al v. ORE et al.

Imani Ore filed a renewal action against Dr. Bradley McGowan and Wellstar Health System, Inc. d/b/a Wellstar Medical Group Urology. The defendants moved to dismiss the complaint, arguing that it was barred by the statute of repose. The trial court denied the motion, finding that the statute of repose was tolled by the judicial emergency orders issued by the Chief Justice of the Supreme Court in response to the Covid-19 pandemic. We granted the defendants' application for interlocutory appeal from this ruling. Case No. A23I0037 (Sept. 27, 2022).

After the appeal was docketed, this Court decided *Golden v. Floyd Healthcare Management, Inc.*, __ Ga. App. __ (Case No. A23A0118, June 27, 2023), which addressed the interplay between the tolling provisions of the judicial emergency orders and the statute of repose. Since the trial court issued its ruling before our decision in *Golden*, we hereby VACATE the trial court's order and REMAND this case for further consideration in light of *Golden*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/02/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*